UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA HENDERSON, | : | |
| Plaintiff, | : | No.: 09-4866 |
| v. | : | |
| DELAWARE COUNTY PARK POLICE and DELAWARE COUNTY, et al., | : | Jury Trial Demanded |
| Defendants. | : | |

### STIPULATION

AND NOW this 20th day of Oct., 2010, it is hereby STIPULATED and AGREED, by and between all parties, by and through their undersigned counsel, that Christopher Cahall, in his individual capacity, is hereby substituted as a Defendant for original Defendants (municipal defendants), as if originally and fully set forth in Plaintiff's Complaint, and the caption of this case is hereby amended to delete all defendants named in the Amended Complaint and substitute Christopher Cahall as the only defendant.

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff


/s/ Mark A. Raith
Mark A. Raith, Esquire
Attorney for Defendants

**AND IT IS SO ORDERED.**

_____
L. Felipe Restrepo                ,M.J.